**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7215

RAMON ANTONIO KENAN,

Petitioner - Appellant,

versus

WARDEN, Joyce  Francis,

Respondent - Appellee,

and

BUREAU OF PRISONS; FCI, Gilmer; BUREAU OF
PRISONS DIRECTOR; WARDEN; SHERWOOD, CMC,
Mrs.; ARNOLD, Captain; MCADAMS, Unit Manager;
O'DELL, Case Manager,

Respondents.

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins.  Robert E. Maxwell, Senior
District Judge.  (2:05-cv-00076-REM)

Submitted:  October 31, 2006      Decided:  November 7, 2006

Before WILLIAMS, MICHAEL, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Ramon Antonio Kenan, Appellant Pro Se.  Daniel W. Dickinson, Jr.,
OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ramon Antonio Kenan seeks to appeal the report and recommendation of the magistrate judge entered June 13, 2006. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Kenan seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED